EST). Ct. App. Cal., 1st App. Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–709. MILLER ET AL. *v.* HIGGS ET AL. Application to continue the stay of mandate of the Supreme Court of Colorado, presented to JUSTICE WHITE, and by him referred to the Court, denied.

No. D–123. IN RE DISBARMENT OF CHVOSTA. Disbarment entered. [For earlier order herein, see 434 U. S. 979.]

No. D–404. IN RE DISBARMENT OF MIRRER. Disbarment entered. [For earlier order herein, see 465 U. S. 1063.]

No. D–541. IN RE DISBARMENT OF BOULDING. Disbarment entered. [For earlier order herein, see 474 U. S. 1044.]

No. D–548. IN RE DISBARMENT OF MARBLE. It is ordered that John Harrison Marble, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–549. IN RE DISBARMENT OF DUKE. It is ordered that Charles Louis Duke, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig. KANSAS *v.* COLORADO. Motion for leave to file bill of complaint granted. Defendant is allowed 60 days within which to file an answer.

No. 84–6075. TISON *v.* ARIZONA (two cases). Sup. Ct. Ariz. [Certiorari granted, *ante,* p. 1010.] Motions for appointment of counsel granted, and it is ordered that Alan M. Dershowitz, Esquire, of Cambridge, Mass., be appointed to serve as counsel for petitioners in these cases.

No. 85–246. UNITED STATES *v.* DION. C. A. 8th Cir. [Certiorari granted, 474 U. S. 900.] Motion of the Solicitor General to permit Jeffrey P. Minear, Esquire, to present oral argument *pro hac vice* granted.

No. 85–499. PAPASAN, SUPERINTENDENT OF EDUCATION, ET AL. *v.* ALLAIN, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir.